UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                                  Case No. 3:23-cr-72

vs.

JOSHUA RYAN FULLER,                              District Judge Michael J. Newman

    Defendant.

___

# SCHEDULING ORDER
___

This criminal case is before the Court following Defendant's arraignment on August 10, 2023. The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 and have filed a notice and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **October 17, 2023**. Doc. No. 14.

Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Government discovery deadline: | **August 18, 2023** |
| Reciprocal discovery deadline: | **September 1, 2023** |
| Motion filing deadline: | **September 15, 2023** |
| Status report deadline: | **September 18, 2023** |
| Jury trial: | **October 16, 2023 at 9:30 a.m.** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

Counsel for both sides are **ADVISED** that, if Defendant wishes to change his or her plea (*i.e.*, plead guilty) in the future, the parties shall file the joint motion attached as an appendix to this scheduling order. Pursuant to Fed. R. Crim. P. 11, the Court shall not participate in plea

negotiations and takes no position on whether a defendant changes his or her plea.  *See* Fed. R. Crim. P. 11(c)(1).

    **IT IS SO ORDERED.**

August 25, 2023                                s/Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No.

vs.

[DEFENDANT], *et al*.,                      District Judge Michael J. Newman

    Defendants.

_____

**JOINT MOTION FOR DEFENDANT TO CHANGE PLEA**
_____

        The parties hereby jointly move this Court to permit the Defendant to change his or her plea in the above-captioned case.

| | |
|---|---|
| */s/ [Government Attorney Name]* | */s/ [Defendant Attorney Name]* |
| [Attorney Name] ([Bar Number]) | [Attorney Name] ([Bar Number]) |
| Assistant United States Attorney | [Insert Firm Name] |
| 200 West Second Street | [Insert Address] |
| Dayton, OH 45402 | [Insert City, State Zip Code] |
| Telephone: [insert phone number] | Telephone: [insert phone number] |
| Email: [insert email address] | Email: [insert email address] |
| *Attorney for Plaintiff* | *Attorney for Defendant* |